**Dianne HERCULES, Appellant,**

v.

**David BROWN, Jr.; Jeff Childress; Robert H. Kelley, Appellees.**

No. 00–3983.

United States Court of Appeals, Eighth Circuit.

Submitted July 27, 2001.

Filed July 31, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Dianne Hercules appeals the 28 U.S.C. § 1915(e)(2)(B)(ii) dismissal without prejudice of Hercules's complaint. Having reviewed the record, we conclude the district court properly dismissed Hercules's complaint for failure to comply with Federal Rule of Civil Procedure 8. Without even attempting to explain her claim, Hercules simply made reference to multiple attachments.

Accordingly, we affirm the dismissal. *See* 8th Cir. R. 47A(a).